# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

Case No.: 12-CV-81349-RYSKAMP/HOPKINS

TRAVELPRO INTERNATIONAL, INC.,

  Plaintiff,

v.

CALIFORNIA PAK INTERNATIONAL, INC.,

  Defendant.

_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court on the parties' stipulation of dismissal with prejudice **[DE 18]** filed on July 9, 2013.  The parties have reached a settlement, and upon the consent of the parties, the Court issues a permanent injunction against Defendant contemporaneous with this Order.  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees and costs except as otherwise agreed by parties.  The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.  The Court shall retain jurisdiction solely to enforce the terms of the injunction.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 23rd day of July, 2013.

KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

1